

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

Nos. 04-19-00678-CR, 04-19-00679-CR, 04-19-00680-CR,
04-19-00681-CR, 04-19-00682-CR, & 04-19-00683-CR

Roy **GUZMAN** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court Nos. 16-06-12012-CR, 17-05-12408-CR, 16-05-11963-CR,
17-08-12517-CR, 17-08-12518-CR, & 17-08-12519-CR
Honorable Camile G. Dubose, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, these appeals are DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 18, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court